FLORENCE E. WRIGHT, Respondent, v. FRANK PALMISON and JENNIE T. McKENNELL, Appellants.— Order for examination before trial modified upon the

law by limiting that part of the order which provides for a general examination to an examination as to the acts of defendants that are claimed to constitute negligence, and as so modified affirmed, without costs; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

